Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>    Plaintiffs,<br><br>v.<br><br>CRYSTAL NICOLE THOMAS, individually and dba CALIFORNIA PROFESSIONAL PAINTING,<br><br>    Defendants. | Case No.: C07-3344 PJH<br><br>**NOTICE OF RELATED CASE** |

Pursuant to California Federal Rules of Court, Local Rule 3-12, plaintiffs herein give this notice of a related case previously filed:

///

-1-
NOTICE OF RELATED CASE
Case No.: C07-3344 PJH

1. On July 28, 2006, Case No. C06-4626 WHA was filed. That case was also filed by the above-named plaintiffs against the above-named defendants Crystal Nicole Thomas, individually and dba California Professional Painting.

2. The current case are brought on behalf of the same Trust Funds, Boards of Trustees, with the exception of Fred Inman who has since retired and has been replaced by Les Proteau, and named trustee plaintiffs, against the same defendants Crystal Nicole Thomas, individually and dba California Professional Painting. This case is also in pursuit of collection of delinquent and unpaid contributions due to the plaintiff employee benefit trust funds, to which defendants are obligated by the same collective bargaining agreement to contribute. The substantive difference between the cases is only the periods of time for which contributions are claimed, and the amounts due.

3. The prior case was voluntarily dismissed by plaintiffs on August 9, 2006 upon payment by defendants of amounts claimed in that action.

4. Plaintiffs believe that the assignment of the present case to the same judge (the Honorable William H. Alsup) would save judicial effort and promote judicial economy due to Judge Alsup's familiarity with the parties and the issues.

Dated: June 25, 2007     SALTZMAN & JOHNSON LAW CORPORATION


By:_____/s/_____
     Michele R. Stafford
     Attorneys for Plaintiffs

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\Notice of Related Case 062507.DOC

-2-
**NOTICE OF RELATED CASE**
**Case No.: C07-3344 PJH**