1   Muriel B. Kaplan, Esq. (SBN 124607)
    Michele R. Stafford, Esq. (SBN 172509)
2   SALTZMAN & JOHNSON LAW CORPORATION
    120 Howard Street, Suite 520
3   San Francisco, CA 94105
    (415) 882-7900
4   (415) 882-9287 – Facsimile
    mkaplan@sjlawcorp.com
5   mstafford@sjlawcorp.com

6   Attorneys for Plaintiff
    BAY AREA PAINTERS AND TAPERS
7   PENSION FUND, et al.

8

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  BAY AREA PAINTERS AND TAPERS          Case No.: C07-3344 PJH
    PENSION FUND, BAY AREA PAINTERS
14  AND TAPERS HEALTH FUND, BAY AREA      **PROOF OF SERVICE**
    PAINTERS AND TAPERS JOINT             **RE ORDER DENYING MOTION TO**
15  APPRENTICESHIP TRAINING FUNDS,        **RELATE CASES**
    AND THEIR JOINT BOARDS OF
16  TRUSTEES; LES PROTEAU AND CHARLES
    DEL MONTE, AS TRUSTEES; AND
17  DISTRICT COUNCIL 16 OF THE
    INTERNATIONAL UNION OF PAINTERS
18  AND ALLIED TRADES;

19          Plaintiffs,

20  v.

21  CRYSTAL NICOLE THOMAS, individually
    and dba CALIFORNIA PROFESSIONAL
22  PAINTING,

23          Defendants.

24  

25          I, the undersigned, declare:

26          I am a citizen of the United States and am employed in the County of San Francisco, State

27  of California.   I am over the age of eighteen and not a party to this action.   My business address is

28                                                                              -1-
                                                          **PROOF OF SERVICE RE ORDER**
                                                          **Case No.: C07-3344 PJH**

120 Howard Street, Suite 520, San Francisco, California 94105.

On July 12, 2007, I served the following document(s):

**ORDER DENYING MOTION TO RELATE CASES**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Crystal Nicole Thomas**          **California Professional Painting**
**California Professional Painting** **9 Lois Lane**
**9 Lois Lane**                    **San Francisco, CA 94134**
**San Francisco, CA 94134**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of July, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**PROOF OF SERVICE RE ORDER**
**Case No.: C07-3344 PJH**

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\Motion to Consider Whether Cases Should Be Related 070207.DOC

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

          Plaintiffs,

  v.

CRYSTAL NICOLE THOMAS, individually
and dba CALIFORNIA PROFESSIONAL
PAINTING,

          Defendants.
_____/

No. C 06-04626 WHA

**ORDER DENYING MOTION TO
RELATE CASES**

     Now pending is a motion to relate the above-entitled action to Case No. C 07-3344 PJH.
Civil Local Rule 3-12(a) explains that actions are related when: (1) the "actions concern
substantially the same parties, property, transaction or event," and (2) "[i]t appears likely that
there will be an unduly burdensome duplication of labor and expense or conflicting results if the
cases are conducted before different Judges."

     While Case No. C 06-40626 WHA *was* pending before the undersigned, it was
immediately dismissed. No work was done on that case and the undersigned never knew it was
on the docket. It is true that a case can be related to another that "is or was pending in this
District." Civ. Local R. 3-12(b). But in this instance, no work was done on the
lowest-numbered case and because of that it is not related. Relating these cases to the
undersigned would in no way avoid a duplication of labor and expense or lead to conflicting
results. The motion to relate cases is DENIED.

Dated: July 12, 2007

                                    _____
                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE