UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.,

       Plaintiff(s),                            No. C 07-3344 PJH

  v.                                        **CLERK'S NOTICE**

CRYSTAL NICOLE THOMAS, et al.,

       Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on **October 25, 2007** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** October 4, 2007, in this matter. A joint case management conference statement shall be filed by October 18, 2007.

                                              Richard W. Wieking
                                              Clerk, U.S. District Court

                                              by:_____
                                              Nichole Heuerman, Deputy Clerk
                                              Honorable Phyllis J. Hamilton
                                              (415) 522-2023

Dated: September 24, 2007