1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                    UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | BAY AREA PAINTERS AND TAPERS        | Case No.: C07-3344 PJH
   | PENSION FUND, et al.,               |
14 |                                     | **REQUEST FOR NOTICE AS TO SERVICE
   |           Plaintiffs,               | OF SUMMONS;**
15 |                                     |
   | v.                                  |      *OR, ALTERNATIVELY,*
16 |                                     |
   | CRYSTAL NICOLE THOMAS, individually | **REQUEST FOR ORDER FOR
17 | and dba CALIFORNIA PROFESSIONAL     | PUBLICATION OF SUMMONS**
   | PAINTING,                           |
18 |                                     |
   |           Defendants.               |
19

20

21         Plaintiffs have had great difficultly personally serving the defendant herein with the

22  Summons and Complaint in this action. It appears that the defendant is either using a false

23  address, or intentionally evading service. Regardless, it is abundantly clear that defendant has

24  received (and acknowledged her receipt) of the Summons, Complaint and related documents.

25  Plaintiffs therefore respectfully request that the Court find that the defendant has constructive

26  notice of this Action, and therefore proper service has been affected.

27

28                                                                   -1-
                              **REQUEST FOR NOTICE AS TO SERVICE OF SUMMONS**
                                                         **Case No.: C07-3344 PJH**

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\C07-3344 PJH Request for Notice re Summons 092707.doc

Alternatively, if the Court finds that proper service has not occurred, Plaintiffs request that the Court allow Service by Publication.

**SERVICE ON DEFENDANTS AT 9 LOIS LANE, SAN FRANCISCO, CALIFORNIA**

Since the filing of this action on June 26, 2007, plaintiffs have made fourteen attempts to serve defendants (see Declaration of Paul Holt, filed herewith), itemized as follows:

| | Date of Attempted Service | | Time | Address |
|---|---|---|---|---|
| 1. | 6/29/07 | Fri. | 4:58 pm | 9 Lois Lane, San Francisco, CA |
| 2. | 7/3/07 | Tues. | 8:15 am | 9 Lois Lane, San Francisco, CA |
| 3. | 7/8/07 | Sun. | 3:40 pm | 9 Lois Lane, San Francisco, CA |
| 4. | 7/14/07 | Sat. | 8:04 am | 9 Lois Lane, San Francisco, CA |
| 5. | 7/17/07 | Wed. | 9:53 am | 9 Lois Lane, San Francisco, CA |
| 6. | 7/20/07 | Fri. | 9:19 am | 4134 Brookdale Ave., Oakland, CA |
| 7. | 7/20/07 | Fri. | 10:00 am | 1110 Franklin St., Oakland, CA |
| 8. | 7/20/07 | Fri. | 1:25 pm | 110 Mendell, San Francisco, CA |
| 9. | 7/24/07 | Tues. | 11:15 am | 1110 Franklin St., Oakland, CA |
| 10. | 7/25/07 | Wed. | 2:00 pm | 110 Mendell St., San Francisco, CA |
| 11. | 7/26/07 | Thurs. | 11:44 am | 4134 Brookdale Ave., Oakland, CA |
| 12. | 9/7/07 | Fri. | 1:49 pm | 531 Pennsylvania Ave., San Francisco, CA |
| 13. | 9/8/07 | Sat. | 9:20 am | 9 Lois Lane, San Francisco, CA |
| 14. | 9/10/07 | Mon. | 3:00 pm | 9 Lois Lane, San Francisco, CA |

Plaintiffs have tried several addresses that "possibly" could be used by defendant, primarily using the "**9 Lois Lane**" address in San Francisco, California. Relative to the "**9 Lois Lane**" address, it has been and continues to be the address primarily used by the defendants herein. For example, the Lois Lane address is included as the "letterhead" in letters from defendant. One such letter is attached hereto as Exhibit A. Exhibit A is a true and accurate copy

of a letter (redacted) from Roger Breedy, Chief Executive Officer of California Professional Painting, dated June 5, 2007, showing the 9 Lois Lane, San Francisco, California**,** address.

In addition, **9 Lois Lane, San Francisco, California** is also the address listed on the California Contractors State Licensing Board website. A true and accurate copy of a printout from the California State Licensing Board website is attached hereto as Exhibit B.

Finally, **9 Lois Lane, San Francisco, California** is the address that was provided to District Council 16 when Ms. Thomas / California Professional Painting became signatory to the Collective Bargaining Agreement that is at issue.

## DEFENDANT IS AWARE OF THE ACTION FILED AGAINST HER / IT AND HAS RECEIVED ALL OF THE DOCUMENTS REQUIRED

The **9 Lois Lane, San Francisco, California**, address wherein service was attempted on multiple occasions is listed on all correspondence from Crystal N. Thomas/California Professional Painting (the specific defendants herein) to plaintiffs' counsel.  As Ms. Thomas is the individual named in this action, the focus for purposes of service has been on this address, although other addresses were also tried when personal service became difficult. (See Below)

Ms. Thomas had advised that she would be unable to pay the amount due in one lump sum payment. As a means of resolution, plaintiffs offered a Judgment Pursuant to Stipulation, providing for a monthly payment plan.  The Judgment included "Notice and Acknowledgement" language as personal service of the Complaint would increase the fees and costs incurred herein. The title of the document sent was "Notice and Acknowledgement and Judgment Pursuant to Stipulation. The second paragraph of the Judgment Pursuant to Stipulation sent to Ms. Thomas was as follows:

*Crystal Nicole Thomas, Owner and CEO of California Professional Painting, hereby acknowledges that she is authorized to receive service and has received the following documents*

*in this action: Summons; Complaint; Dispute Resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference; Standing Order; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Instructions for Completion of ADR Forms Regarding Selection of ADR Process; Stipulation and [Proposed] Order Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Counsel; ECF Registration Information Handout; Welcome to the U.S. District Court, San Francisco.*

The letter sent with the documents was dated July 27, 2007. A true and accurate copy of the letter enclosed therewith (redacted) is attached hereto as Exhibit C. The letter clearly confirms that all of the above documents were included in the package. A true and accurate copy of the list of documents served, in addition to the Notice of Acknowledgement [of Service of Summons] and Judgment Pursuant to Stipulation, which were sent to defendants with plaintiffs' July 27, 2007 letter, is attached hereto as Exhibit D.

The letter and related documents were sent by both certified mail, return receipt requested and by regular U.S. Mail. The certified mail was returned, marked as "unclaimed." The package served by regular mail was not returned. Also on July 27, 2007, plaintiffs faxed a copy of the Stipulated Judgment to defendants, referring to the full package of documents mailed that day. The fax number to which this fax was sent is the fax number shown on defendant's letterhead (See Exhibits A, G). A true an accurate copy of that fax (redacted), including the transmittal verification report, is attached hereto as Exhibit E.

Attached hereto as Exhibit F is a true and accurate copy of a post-it note in the handwriting of Muriel B. Kaplan of this firm, noting the contents of a telephone message from defendant Crystal Thomas on August 1, 2007, inferring receipt of plaintiffs' July 27, 2007 correspondence in stating that she "Will respond by Mon. 8/6 after atty consultation."

///

-4-
**REQUEST FOR NOTICE AS TO SERVICE OF SUMMONS**
**Case No.: C07-3344 PJH**

Ms. Thomas did respond to plaintiffs. In Ms. Thomas' August 6, 2007 letter to Muriel Kaplan of Saltzman and Johnson, Ms. Thomas acknowledged that she had received the document(s). A true and accurate copy of her letter is attached hereto as Exhibit G and is incorporated herein by this reference.

Defendants thereby acknowledged having received the packet of documents included with plaintiffs' letter dated July 27, 2007, *including the Summons and Complaint*.

Defendants further confirmed receipt of all of the documents in faxed correspondence to plaintiffs dated August 15, 2007, enclosing their own version of the Stipulation, which was ultimately not acceptable to plaintiffs.

Accordingly, despite the fact that Ms. Thomas has not been personally served, she has received and accepted all of the required documents herein. Plaintiffs therefore request that the Court find that Ms. Thomas has constructive notice of this action and the claims against her and California Professional Painting and that service was therefore proper.

**PLAINTIFFS ALSO TRIED TO SERVE MS. THOMAS AT SEVERAL OTHER LOCATIONS**

**4134 Brookdale Avenue, Oakland, California**, is the address listed on the letterhead of an undated letter from Roger Breedy, Chief Executive Officer of California Professional Painting. The letterhead lists the name of Max Lear, Office Manager of California Professional Painting, and it is believed that this is the address from which Max Lear works. A true and accurate copy of Roger Breedy's letter (redacted) is attached hereto as Exhibit H. Service was attempted at this location on two occasions.

**1110 Franklin, Oakland, California**, is the address listed on the letterhead of correspondence from Roger Breedy, of California Professional Painting which was received by plaintiffs' counsel on May 11, 2007. The letterhead lists the name of Roger Breedy, Chief

Executive Officer, and it is believed that this is an address from which Roger Breedy works. A true and accurate copy of Roger Breedy's letter (redacted) is attached hereto as Exhibit I. Service was attempted at this location on two occasions.

**110 Mendell, San Francisco, California**: James Ruigomez, a business agent for District Council 16, he had attended a meeting with Roger Breedy (CEO of California Professional Painting) at this location. Accordingly, plaintiffs attempted service at this address as well. Service was attempted at this location on two occasions.

**531 Pennsylvania Ave., San Francisco, California**, is an address found as a result of an online address search. This turned out to be an old address at which defendant Crystal Nicole Thomas no longer resided. Service was attempted at this location on one occasion. The process server was advised by the occupant that Ms. Thomas no longer resided there.

Plaintiffs informed defendants and Roger Breedy during the course of telephone conversations on several occasions of plaintiffs' attempts to affect service of the Summons, Complaint and related documents. Notwithstanding such conversations, defendants have intentionally continued to hide from the process server in order to avoid personal service of Summons.

Plaintiffs therefore respectfully request that the Court deem that reasonable diligence has been made in the attempt to affect personal service of Summons on defendants, and that defendants Crystal Nicole Thomas and California Professional Painting have been effectively and properly served by fax and mail based upon their own acknowledgment.

### IF THE COURT CONCLUDES THAT DEFENDANTS HAVE NOT BEEN SERVED, SERVICE BY PUBLICATION SHOULD BE PERMITTED

In the alternative, plaintiffs request that the Court issue an Order pursuant to C.C.P. § 415.50 to permit service by publication in the San Francisco Chronicle or other newspaper that the

Court may deem proper.

Further attempts to serve defendants at the above addresses will surely be futile.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 27th day of September, 2007, at San Francisco, California.

                                                SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
      Michele R. Stafford
      Attorneys for Plaintiffs

IT IS SO ORDERED.

The Summons in this matter is deemed to have been effectively and properly served upon defendants Crystal Nicole Thomas and California Professional Painting. The defendants' responsive pleadings are due to be filed no later than _____.

Date: _____        _____
                                                     THE HONORABLE PHYLLIS J. HAMILTON
                                                       UNITED STATES DISTRICT COURT JUDGE

***OR, ALTERNATIVELY***

IT IS SO ORDERED.

Service of the Summons in this action against defendants Crystal Nicole Thomas and California Professional Painting be published in _____, which is most likely to give actual notice to the party to be served. Publication is to be made at least once a week for four successive weeks. A copy of the summons, complaint and the order for publication is to be mailed forthwith to the party if his or her address is ascertained before expiration of the time prescribed for publication of the summons.

Date: _____        _____
                                                       THE HONORABLE PHYLLIS J. HAMILTON
                                                       UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On September 28, 2007, I served the following documents:

**REQUEST FOR NOTICE AS TO SERVICE OF SUMMONS;**
*OR, ALTERNATIVELY,*
**REQUEST FOR ORDER FOR PUBLICATION OF SUMMONS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Crystal Nicole Thomas**
> **California Professional Painting**
> **9 Lois Lane**
> **San Francisco, California**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of September, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-8-
**REQUEST FOR NOTICE AS TO SERVICE OF SUMMONS**
**Case No.: C07-3344 PJH**

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\C07-3344 PJH Request for Notice re Summons 092707.doc