## California Professional Painting



License No. 732630

# FAX

To: Michele R. Stafford

From: Roger Breedy

CC: Muriel Kaplan

Re: Bay Area Painters & Tapers Trust Fund

Date: June 5, 2007

Fax: (415) 882-9287

Total Number of pages: 1

Dear Ms. Stafford:

*Redacted*

*9 Lois Lane - San Francisco, California 94134 · (415) 508-1220 · Fax (415) 508-1224*

# EXHIBIT A

License Detail

Page 1 of 3

California Home

Tuesday, September 25, 2007



Welcome to California

CALIFORNIA CONTRACTORS STATE LICENSE BOARD

License Detail
Contractor License # 732630

D I S C L A I M E R

A license status check provides information taken from the CSLB license data base. Before relying on this information, you should be aware of the following limitations:

- CSLB complaint disclosure is restricted by law (B&P 7124.6). If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
- Per B&P 7071.17, only construction related civil judgments reported to the CSLB are disclosed.
- Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
- Due to workload, there may be relevant information that has not yet been entered onto the Board's license data base.

Extract Date: **09/25/2007**

\* \* \* **Business Information** \* \* \*

CALIFORNIA PROFESSIONAL PAINTING
9 LOIS LANE
SAN FRANCISCO, CA 94134
Business Phone Number: (415) 508-1220

Entity: **Sole Ownership**
Issue Date: **02/19/1997**  Expire Date: **02/28/2009**

\* \* \* **License Status** \* \* \*

EXHIBIT B-1

This license is current and active. All information below should be reviewed.

\*\*\* **Classifications** \*\*\*

| Class | Description |
|---|---|
| C33 | PAINTING AND DECORATING |

\*\*\* **Bonding Information** \*\*\*

**CONTRACTOR'S BOND:** This license filed Contractor's Bond number **CLB2708829** in the amount of **$12,500** with the bonding company **PLATTE RIVER INSURANCE COMPANY**.
Effective Date: 01/01/2007
Contractor's Bonding History

\*\*\* **Workers Compensation Information** \*\*\*

This license has workers compensation insurance with the
**ENDURANCE REINSURANCE CORPORATION OF AMERICA**
Policy Number: **WEN100467401** Effective Date: **05/15/2007** Expire Date: **05/15/2008**
Workers Compensation History

Personnel List

License Number Request    Contractor Name Request    Personnel Name Request
Salesperson Request    Salesperson Name Request

EXHIBIT B-2

© 2006 State of California. Conditions of Use Privacy Policy

License Detail

http://www2.cslb.ca.gov/CSLB_LIBRARY/License+Detail.asp?LicNum=732630

EXHIBIT B-3

California Home

Tuesday, September 25, 2007

Welcome to *California*

**CALIFORNIA CONTRACTORS STATE LICENSE BOARD**

**Personnel List**
**Contractor License # 732630**

Click on the person's name to see a more detailed page of information on that person.

| Name | Title | Association Date | Disassociation Date | Class | More Class |
|------|-------|------------------|---------------------|-------|------------|
| CRYSTAL NICOLE THOMAS | SOLE OWNER | 02/19/1997 | | C33 | |

License Number Request    Contractor Name Request    Personnel Name Request

Salesperson Request    Salesperson Name Request

© 2006 State of California. Conditions of Use  Privacy Policy

EXHIBIT B-4

## SALTZMAN & JOHNSON
### LAW CORPORATION

RICHARD C. JOHNSON
ISAIAH B. ROTER
PHILIP M. MILLER
RUSSELL L. RICHEDA
MURIEL B. KAPLAN
MICHELE R. STAFFORD
KRISTEN McCULLOCH

120 HOWARD STREET, SUITE 520
SAN FRANCISCO, CA 94105
PHONE: (415) 882-7900
FAX: (415) 882-9287
E-MAIL: email@sjlawcorp.com

WARREN H. SALTZMAN
(1925-1988)

JULIE JELLEN, PARALEGAL
ANDREA GONZALEZ, PARALEGAL
VANESSA DE FABREGA, PARALEGAL

July 27, 2007

**VIA CERTIFIED MAIL**
**(RETURN RECEIPT REQUESTED)**
**& FIRST CLASS MAIL**
Crystal Nicole Thomas
California Professional Painting
9 Lois Lane
San Francisco, CA 94134

Re:   **Bay Area Painters and Tapers Trust Funds**

Dear Ms. Thomas:

As requested by Mr. Breedy, I have prepared and am herewith enclosing a **Notice of Acknowledgement and Judgment Pursuant to Stipulation** with respect to the amounts owed by California Professional Painting to the Trust Funds. Also enclosed are copies of the Summons, Complaint and other documents which the Court requires that we provide to you. Please review the Stipulation carefully, then sign and date in the spaces indicated on page 6, both individually and as Owner/CEO of California Professional Painting. Please return the signature page to me by fax (415-882-9287) by **Tuesday, July 31, 2007**, and also mail the original signature page to me.

Your first stipulated payment of $1,500.00 is due to be received in this office no later than August 10, 2007.

By copy of this letter, I am asking Mr. Breedy, who requested the enclosed, to assure our timely receipt of the executed Stipulation on Tuesday, as stated above.

Thank you both for your anticipated cooperation. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Muriel B. Kaplan

MBK:vdef
Enclosures
cc: R. Breedy

P:\CLIENTS\PATCL\CALPRO2\S\Thomas re Stip and Service 072707.doc



EXHIBIT C-1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7004 3450 0001 1756 7408

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

(stip, complaint, etc.)

Sent To: Crystal Nicole Thomas / Cal-Pro / Ptg
Street, Apt. No.; or PO Box No.: 9 Lois Lane
City, State, ZIP+4: SF, CA 94134

PS Form 3800, August 2006    See Reverse for Instructions

EXHIBIT C-2

<u>**BAY AREA PAINTERS & TAPERS PENSION FUND et al. v.**</u>
<u>**CALIFORNIA PROFESSIONAL PAINTING, et al.**</u>
*USDC Case No.: C 07-3344 PJH*

<u>LIST OF DOCUMENTS SERVED</u>:

1) SUMMONS;

2) COMPLAINT;

3) DISPUTE RESOLUTION PROCEDURES in the NORTHERN DISTRICT of CALIFORNIA;

4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

5) STANDING ORDERS;

6) ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE;

7) INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS;

8) STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS;

9) NOTICE OF NEED FOR ADR PHONE CONFERENCE;

10) ADR CERTIFICATION BY PARTIES AND COUNSEL;

11) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

11) ECF REGISTRATION INFORMATION HANDOUT;

13) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; and

14) NOTICE OF RELATED CASE.

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\List Serve\LIST SERVE 062707.doc



EXHIBIT D

120 HOWARD STREET, SUITE 520
SAN FRANCISCO, CA 94105
(415) 882-7900
(415) 882-9287 Facsimile
email@sjlawcorp.com

**SALTZMAN & JOHNSON LAW CORPORATION**

# FACSIMILE:

| | | | |
|---|---|---|---|
| To: | Crystal Thomas | Fax: | 415-508-1224 |
| | Roger Breedy | | |
| Firm: | California Professional Painting | Date: | July 27, 2007 |
| From: | Muriel B. Kaplan /MBK/ | | |
| Re: | **Bay Area Painters & Tapers Trust Funds** | | |

**Total Pages (w/cover page): 9**

***IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (415) 882-7900***

---

Dear Ms. Thomas and Mr. Breedy:

Enclosed please find a copy of my letter of today's date as well as the Stipulated Judgment prepared by this office. The full package of documents referred to in my letter will be mailed to you today.

*Redacted*

CONFIDENTIALITY: The information provided under this faxed transmittal is from attorneys or their agents in connection with pending legal matters, and as such is intended to be privileged, and to be personal and confidential to the above named intended recipient(s). Anyone other than the above named recipient(s) who reads the information contained in this faxed transmittal is hereby notified that you have received this information in error and that you are not authorized to further review, copy, distribute or otherwise disseminate this material. If you have received this material in error, please contact the sender immediately by telephone, and return by mail the documents received. Thank you.

**EXHIBIT E-1**

P:\CLIENTS\PATCL\CALPRO2\8\FAX-Thomas, Breedy 072707.doc

```
                    TRANSMISSION VERIFICATION REPORT

                                          TIME  : 07/27/2007 16:21
                                          NAME  : SALTZMAN & JOHNSON
                                          FAX   : 14158829287
                                          TEL   : 14158827900
                                          SER.# : BROE4J596826


   DATE,TIME              07/27  16:20
   FAX NO./NAME           5081224
   DURATION               00:01:27
   PAGE(S)                09
   RESULT                 OK
   MODE                   STANDARD
                          ECM
```

120 HOWARD STREET, SUITE 520
SAN FRANCISCO, CA 94105
(415) 882-7900
(415) 882-9287 Facsimile
email@sjlawcorp.com

**SALTZMAN & JOHNSON
LAW CORPORATION**

# FACSIMILE:

| | | | |
|---|---|---|---|
| To: | Crystal Thomas | Fax: | 415-508-1224 |
| | Roger Breedy | | |
| Firm: | California Professional Painting | Date: | July 27, 2007 |
| From: | Muriel B. Kaplan /s/ MBK | | |
| Re: | Bay Area Painters & Tapers Trust Funds | | |

Total Pages (w/cover page): 9

***IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (415) 882-7900***

---

Dear Ms. Thomas and Mr. Breedy:

Enclosed please find a copy of my letter of today's date as well as the Stipulated Judgment prepared by this office. The full package of documents referred to in my letter will be mailed to you today.

*Redacted*

EXHIBIT E-2

> 8/1/07 TK Crystal Thomas
> Will respond by Mon. 8/6 after atty consultation

EXHIBIT F

Crystal N. Thomas
California Professional Painting
9 Lois Lane
San Francisco, CA 94134

August 6, 2007

VIA FACSIMILE (415) 882-9287

Ms. Muriel B. Kaplan
Saltzman & Johnson
120 Howard Street, Suite 520
San Francisco, CA 94105

Re:  Bay Area Painters and Tapers Trust Funds

Dear Ms. Kaplan:

I have had the opportunity to review the Notice of Acknowledgement and Judgment Pursuant to Stipulation that you sent with your letter dated July 27, 2007.

There are many provisions in the Judgment Pursuant to Stipulation that I cannot consent to at this time. I am in the process of preparing an amended document for you to review. I will provide the document no later than Wednesday, August 15, 2007.

Sincerely,

Crystal N. Thomas

EXHIBIT G



**California Professional Painting**
License No. 732630
4134 Brookdale Avenue
Oakland CA 94619
Phone: (510) 698-4939
Fax: (510) 698-4937
Max Lear
Office Manager
(510) 393-3619

Dear Ms. Kaplan,

*Redacted*

Sincerely,

Roger Breedy

EXHIBIT H

5/11/07



**California Professional Painting**
License No. 732630
1110 Franklin Street Suite 4
Oakland California 94607
**Office:** (510) 834-1122
**Fax:** (510) 834-1123
**Roger Breedy:** Chief Operating Officer
Cell (510) 520-5469
**Max Lear:** Office Manager
Cell: (510) 393-3619

Dear Ms Kaplan

**Redacted**

Sincerely,
Roger Breedy

EXHIBIT I