Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C07-3344 PJH |
|---|---|
| Plaintiffs, | **DECLARATION OF PAUL HOLT IN SUPPORT OF REQUEST FOR NOTICE AS TO SERVICE OF SUMMONS** |
| v. | |
| CRYSTAL NICOLE THOMAS, individually and dba CALIFORNIA PROFESSIONAL PAINTING, | |
| Defendants. | |

I, Paul Holt, declare as follows:

1. I am a registered process server, San Francisco County #727, co-owner and full-time employee of Teresa's Messenger Service.

2. At plaintiff's request, Teresa's Messenger Service made fourteen attempts to serve defendants, as shown on the following chart. A true and accurate copy of Teresa's Messenger Service's Declaration of Due Diligence with respect to these attempts at service is attached hereto as Exhibit A.

-1-
**DECLARATION OF PAUL HOLT**
**Case No.: C07-3344 PJH**

| | Date of Attempted Service | | Time | Address |
|---|---|---|---|---|
| 1. | 6/29/07 | Fri. | 4:58 pm | 9 Lois Lane, San Francisco, CA |
| 2. | 7/3/07 | Tues. | 8:15 am | 9 Lois Lane, San Francisco, CA |
| 3. | 7/8/07 | Sun. | 3:40 pm | 9 Lois Lane, San Francisco, CA |
| 4. | 7/14/07 | Sat. | 8:04 am | 9 Lois Lane, San Francisco, CA |
| 5. | 7/17/07 | Wed. | 9:53 am | 9 Lois Lane, San Francisco, CA |
| 6. | 7/20/07 | Fri. | 9:19 am | 4134 Brookdale Ave., Oakland, CA |
| 7. | 7/20/07 | Fri. | 10:00 am | 1110 Franklin St., Oakland, CA |
| 8. | 7/20/07 | Fri. | 1:25 pm | 110 Mendell, San Francisco, CA |
| 9. | 7/24/07 | Tues. | 11:15 am | 1110 Franklin St., Oakland, CA |
| 10. | 7/25/07 | Wed. | 2:00 pm | 110 Mendell St., San Francisco, CA |
| 11. | 7/26/07 | Thurs. | 11:44 am | 4134 Brookdale Ave., Oakland, CA |
| 12. | 9/7/07 | Fri. | 1:49 pm | 531 Pennsylvania Ave., San Francisco, CA |
| 13. | 9/8/07 | Sat. | 9:20 am | 9 Lois Lane, San Francisco, CA |
| 14. | 9/10/07 | Mon. | 3:00 pm | 9 Lois Lane, San Francisco, CA |

I declare under penalty of perjury that the foregoing is true and correct and that if called upon as a witness, I could testify to the foregoing on the basis of my personal, direct knowledge.

Executed this 27th day of September, 2007, at San Francisco, California.

_____/s/_____
Paul Holt

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On September 28, 2007, I served the following documents:

**DECLARATION OF PAUL HOLT IN SUPPORT OF
REQUEST FOR NOTICE AS TO SERVICE OF SUMMONS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Crystal Nicole Thomas
> California Professional Painting
> 9 Lois Lane
> San Francisco, California**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of September, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
**DECLARATION OF PAUL HOLT
Case No.: C07-3344 PJH**

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\C07-3344 Declaration of Paul Holt 092707.doc