| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | (415) 882-7900 |
| ATTORNEY FOR Plaintiffs | |

| COURT |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| SHORT NAME OF CASE |
|---|
| BAY AREA PAINTERS & TAPERS, et al. -v- CALIFORNIA PROFESSIONAL PAINTING, INC. |

| DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 3344 PJH |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action. I received the within process on June 27th, 2007 and that after due and diligent effort, I have been unable to effect personal service on the within named: Crystal Nicole Thomas.

**Residence Address:** 9 Lois Lane
San Francisco, CA 93134

**Dates and Times Attempted:**

> 6/29/07 at 4:58 p.m. – There was no answer at the door. -Paul Holt
> 7/3/07 at 8:15 a.m. – There was no answer at the door. I waited until 8:30 a.m., knocked again, and still there was no answer. –Paul Holt
> 7/8/07 (Sunday) at 3:40 p.m. – There was no answer at the door. -Paul Holt
> 7/14/07 (Saturday) at 8:04 p.m. - There was no answer at the door. -Paul Holt
> 7/18/07 at 9:53 a.m. - There was no answer at the door. -Paul Holt
> 9/8/07 (Saturday) at 9:20 a.m.- There was no answer at the door. –Shawn Yackle
> 9/10/07 at 3:00 p.m. - There was no answer at the door. –Shawn Yackle

**Additional Residence Address:** 4134 Brookdale
Oakland, CA 94601

**Dates and Times Attempted:**

> 7/20/07 at 9:19 a.m. – I rang and knocked at the 4 unit apartment building. There was no response at any of the units. – Paul Holt
> 7/26/07 at 11:44 a.m. - I rang and knocked at the 4 unit apartment building. There was no response at any of the units. – Paul Holt

**Business Address:** 110 Mendell
San Francisco, CA 94124

**Dates and Times Attempted:**

> 7/20/07 at 1:25 p.m. – The office gate was locked and the building appeared empty. – Paul Holt
> 7/25/07 at 2:00 p.m. – There was no answer at the business. The next door business said that California Professional Painting had never moved in. There was a pile of mail inside the front door. – Paul Holt

**EXHIBIT A**

Additional Business Address: 1110 Franklin Street
Oakland, CA 94607

Dates and Times Attempted:

7/20/07 at 10:00 a.m. – The business name was on the door. There was no answer when I knocked. – Paul Holt

7/24/07 at 11:15 a.m. – There was no answer at the locked door. – Paul Holt

Additional Business Address: 531 Pennsylvania
San Francisco, CA 94107

9/7/07 at 1:49 p.m. – The current tenant said that California Professional Painting had not occupied the premise for three years. – David Sprenzel

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
On: September 26th, 2007
At: San Francisco, California

Signature
Name: Paul Holt
Title: RPS, San Francisco County #727

Signature
Name: Shawn Yackle
Title: RPS, San Francisco County # 999

Signature
Name: David Sprenzel
Title: RPS, San Francisco County #4024

**DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE**