POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Michele R. Stafford (SBN: 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520, San Francisco, CA 94105<br>TELEPHONE NO.: (415) 882-7900  FAX NO. *(Optional)*: (415) 882-9287<br>E-MAIL ADDRESS *(Optional)*: mstafford@sjlawcorp.com<br>ATTORNEY FOR *(Name)*: Plaintiffs, Bay Area Painters & Tapers Pension Fund, et al. | |
| United States District Court, Northern District of California<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Bay Area Painters & Tapers Pension Fund, et al.<br>DEFENDANT/RESPONDENT: Crystal Nicole Thomas, et al. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>C07-3344 PJH |

TO *(insert name of party being served)*: Crystal Nicole Thomas, individually and dba California Professional Painting

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: October 1, 2007

Vanessa de Fabrega
(TYPE OR PRINT NAME)

▶ /s/ Vanessa de Fabrega
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify)*:
   See attached list

*(To be completed by recipient)*:

Date this form is signed: October 4, 2007

Crystal Thomas
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ /s/ Thomas
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

www.accesslaw.com

<u>**BAY AREA PAINTERS & TAPERS PENSION FUND et al. v.
CRYSTAL NICOLE THOMAS, et al.**</u>
*USDC Case No.: C 07-3344 PJH*

<u>***ATTACHMENT TO POS-015 – Notice and Acknowledgment of Receipt***</u>

<u>LIST OF DOCUMENTS SERVED</u>:

1)   SUMMONS;

2)   COMPLAINT;

3)   DISPUTE RESOLUTION PROCEDURES in the NORTHERN DISTRICT of CALIFORNIA;

4)   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

5)   STANDING ORDERS;

6)   ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE;

7)   INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS;

8)   STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS;

9)   NOTICE OF NEED FOR ADR PHONE CONFERENCE;

10)  ADR CERTIFICATION BY PARTIES AND COUNSEL;

11)  NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

12)  ECF REGISTRATION INFORMATION HANDOUT;

13)  WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; and

14)  CLERK'S NOTICE (DOCKET #6) (INITIAL CASE CONFERENCE DATE).