Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRYSTAL NICOLE THOMAS, individually and dba CALIFORNIA PROFESSIONAL PAINTING, <br><br> Defendants. | Case No.: C07-3344 PJH <br><br> **WITHDRAWAL OF REQUEST FOR NOTICE AS TO SERVICE OF SUMMONS** |

I, Michele R. Stafford, declare:

1.  I am an attorney at law licensed to practice in the State of California, and am an associate of Saltzman and Johnson Law Corporation, attorneys for plaintiffs herein.

2.  On September 28, 2007, plaintiffs filed with the Court a Request for Notice as to Service of Summons; or Alternatively, Request for Order For Order For Publication of Summons.

3.  On October 11, 2007, plaintiffs filed with the Court an Acknowledgment of Service of Summons, signed by defendant Crystal Nicole Thomas on October 4, 2007.

-1-
**WITHDRAWAL OF REQUEST FOR NOTICE AS TO SERVICE OF SUMMONS**
**Case No.: C07-3344 PJH**

1 | Plaintiffs therefore herewith withdraw their Request for Notice as to Service of Summons, as service of Summons has been duly completed.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 16th day of October, 2007, at San Francisco, California.

                       SALTZMAN & JOHNSON LAW CORPORATION

                By:     _____/s/_____
                             Michele R. Stafford
                             Attorneys for Plaintiffs

-2-
**WITHDRAWAL OF REQUEST FOR NOTICE AS TO SERVICE OF SUMMONS**
**Case No.: C07-3344 PJH**

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\C07-3344 PJH Withdrawal of Request for Notice re Summons 101607.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 16, 2007, I served the following documents:

**WITHDRAWAL OF REQUEST FOR NOTICE
AS TO SERVICE OF SUMMONS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Crystal Nicole Thomas
> California Professional Painting
> 9 Lois Lane
> San Francisco, California**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 16th day of October, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
**WITHDRAWAL OF REQUEST FOR NOTICE AS TO SERVICE OF SUMMONS
Case No.: C07-3344 PJH**

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\C07-3344 PJH Withdrawal of Request for Notice re Summons 101607.doc