Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, Bet al., <br><br> Plaintiffs, <br><br> v. <br><br> CRYSTAL NICOLE THOMAS, individually and dba CALIFORNIA PROFESSIONAL PAINTING, <br><br> Defendants. | Case No.: C07-3344 PJH <br><br> **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> Date: October 22, 2007 <br> Time: 2:30 p.m. <br> Courtroom: 3, 17th Floor <br> Judge: The Honorable Phyllis J. Hamilton |

Plaintiffs hereby respectfully request that the Case Management Conference, currently scheduled for October 22, 2007, be continued for approximately 30 days.

Since the filing of this action on June 26, 2007, there were delays regarding service of the Complaint. Defendant finally signed a Notice and Acknowledgment of Receipt and just filed an Answer to the Complaint.

Now that Defendant has appeared, plaintiffs request additional time to meet and confer regarding all amounts due, in the event that a settlement can be reached.

-1-
REQUEST FOR CONTINUANCE OF CMC
Case No.: C07-3344 PJH

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\Request for CMC Continuance 102207.DOC

1  Plaintiffs therefore request a brief continuance, for approximately 30 days, so that this can
2  occur.
3  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
4  entitled action, and that the foregoing is true of my own knowledge.
5  Executed this 22nd day of October, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to
_____ at _____. All related deadlines are extended accordingly.

Date: _____          _____
                                    THE HONORABLE PHYLLIS J. HAMILTON
                                    UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

I, the undersigned, declare:

    I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

    On October 22, 2007, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

XXX   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

       **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

____   **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

____   **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

Crystal Nicole Thomas
California Professional Painting
9 Lois Lane
San Francisco, CA 94134

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of October 2007 at San Francisco, California.

_____/s/_____
Vanessa de Fábrega
