1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10              UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  BAY AREA PAINTERS AND TAPERS       Case No.: C07-3344 PJH
    PENSION FUND, et al.,
14                                     **PROOF OF SERVICE**

           Plaintiffs,
15
    v.
16
    CRYSTAL NICOLE THOMAS, individually
17  and dba CALIFORNIA PROFESSIONAL
    PAINTING,
18
           Defendants.
19

20         I, the undersigned, declare:

21         I am a citizen of the United States and am employed in the County of San Francisco, State

22  of California. I am over the age of eighteen and not a party to this action. My business address is

23  120 Howard Street, Suite 520, San Francisco, California 94105.

24         On October 25, 2007, I served the following document(s):

25
                          **ORDER on**
26          **CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

27  ///
    ///
28  ///
                                                         -1-
                                                PROOF OF SERVICE
                                              Case No.: C07-3344 PJH

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\C07-3344 PJH POS re Order on CMC Continuance 102507.DOC

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Crystal Nicole Thomas**
> **California Professional Painting**
> **9 Lois Lane**
> **San Francisco, CA 94134**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of October, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**Case No.: C07-3344 PJH**