1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9                        UNITED STATES DISTRICT COURT
10
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13  BAY AREA PAINTERS AND TAPERS           Case No.: C07-3344 PJH
    PENSION FUND, Bet al.,
14                                         **REQUEST FOR CANCELLATION OF**
              Plaintiffs,                  **CASE MANAGEMENT CONFERENCE**
15                                            AND ORDER
    v.
16                                         Date:  December 6, 2007
    CRYSTAL NICOLE THOMAS, individually    Time:  2:30 p.m.
17  and dba CALIFORNIA PROFESSIONAL        Courtroom: 3, 17th Floor
    PAINTING,                              Judge: The Honorable Phyllis J. Hamilton
18
              Defendants.
19
20         Plaintiffs hereby respectfully request that the Case Management Conference, currently

21  scheduled for December 6, 2007, be taken off calendar and cancelled.

22         The parties have entered into a Judgment Pursuant to Stipulation, which has been filed

23  with the Court concurrently, resolving this action.

24  ///

25  ///

26  ///

27  ///

28
                                                                                   -1-
                                                          **REQUEST FOR CANCELLATION OF CMC**
                                                                    **Case No.: C07-3344 PJH**
P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\C07-3344 PJH Request for CMC Cancellation 113007.DOC

1  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.

3  Executed this 30th day of November, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By:  _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby taken off calendar and cancelled.

Date: 12/13/07                                    _____
                                                  THE HONORABLE PHYLLIS J. HAMILTON
                                                  UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

-2-
**REQUEST FOR CANCELLATION OF CMC**
**Case No.: C07-3344 PJH**

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\C07-3344 PJH Request for CMC Cancellation 113007.DOC

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 30, 2007, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

**REQUEST FOR CANCELLATION OF
CASE MANAGEMENT CONFERENCE**

XXX **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

**Crystal Nicole Thomas
California Professional Painting
9 Lois Lane
San Francisco, CA 94134**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of November, 2007 at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
**REQUEST FOR CANCELLATION OF CMC
Case No.: C07-3344 PJH**