Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, Bet al., <br><br> Plaintiffs, <br><br> v. <br><br> CRYSTAL NICOLE THOMAS, individually and dba CALIFORNIA PROFESSIONAL PAINTING, <br><br> Defendants. | Case No.: C07-3344 PJH <br><br> **DECLARATION OF MICHELE R. STAFFORD IN SUPPORT OF ENTRY OF AMENDED JUDGMENT PURSUANT TO STIPULATION** |

I, Michele R. Stafford declare:

1.  I am an attorney at law licensed to practice in the State of California, and am an associate of Saltzman & Johnson Law Corporation, attorneys for plaintiffs herein.

2.  On June 26, 2007, plaintiffs filed a Complaint in this matter which was designated by the Court as case number C07-3344 PJH.

3.  A Judgment Pursuant to Stipulation was entered into between the parties and signed by the Court on December 3, 2007. At the time that the Judgment was entered, the

-1-
**DECLARATION OF M. STAFFORD IN SUPPORT**
**Case No.: C07-3344 PJH**

defendants believed that there had been payments that were made and were not credited to their account. I had already had the Trust Funds' administrator review their account in response to their request. At that time, the administrator did not find any amounts paid that were not credited.

However, in an abundance of caution, I added Paragraph 3 of the Stipulation included the following language:

*Defendants believe that payments may have been made that were not credited to their account. Upon presentation of satisfactory proof of payment, and upon verification by plaintiffs' administrator that they payments were in fact made, plaintiffs will amend this stipulation (if required) to update the amounts due and amend the payment amount accordingly.*

4.  I requested that the Trust Funds' administrator to an "audit" of the defendants' account in response to their subsequent request. It was determined that there had been an accounting error relative to amounts due to plaintiffs. I therefore prepared an Amended Judgment Pursuant To Stipulation, which was forwarded to defendants in mid-December. It was only recently returned to my office, signed by defendants on January 16, 2007 and by me on January 17, 2007.

5.  The payment schedule under the Amended Judgment Pursuant to Stipulation remains the same, with the monthly amounts due reduced to $1,763.00.

6.  Defendants also received credit of $2,766.00 for a payment made under the original Judgment Pursuant to Stipulation.

7.  All other terms of the Stipulation remain unchanged.

.  The Amended Judgment Pursuant to Stipulation was electronically filed with the Court on January 17, 2007. Exhibit A, however, was inadvertently omitted from the efiling. It is being electronically filed with the Court today in a separate efiling concurrently with this one, as Exhibit A to the Amended Judgent Pursuant to Stipulation.

-2-
**DECLARATION OF M. STAFFORD IN SUPPORT**
**Case No.: C07-3344 PJH**

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\C07-3344 PJH Declaratation of MRS in Support 011808.DOC

1 | I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Executed this 22nd day of January, 2008, at San Francisco, California.

                                      SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
      Michele R. Stafford
      Attorneys for Plaintiffs

-3-
**DECLARATION OF M. STAFFORD IN SUPPORT**
**Case No.: C07-3344 PJH**

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 22, 2008, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT OF ENTRY OF AMENDED JUDGMENT PURSUANT TO STIPULATION**

XXX **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

**Crystal Nicole Thomas**
**California Professional Painting**
**9 Lois Lane**
**San Francisco, CA 94134**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of January, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-4-
**DECLARATION OF M. STAFFORD IN SUPPORT**
**Case No.: C07-3344 PJH**

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 062507\C07-3344 PJH Declaratation of MRS in Support 011808.DOC