# BAY AREA PAINTERS AND TAPERS
*Collection Referral for Delinquencies and Liquidated Damages*

**Employer:** CALIFORNIA PROFESSIONAL PAINTING
**Employer ID/Account Number:** 1031-017480000

| WORK MONTH | DUE DATE | Contribution DUE | AMOUNT PAID | Calculated Thru | PRINCIPAL BALANCE DUE | LD's @ 10% # of Days Late | 7% interest calc. | TOTAL LD'S & INTEREST DUE | TOTAL BALANCE DUE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05 | 12/15/2005 | $789.12 | $0.00 | 11/21/2007 | $789.12 | $0.00 706 | $0.00 | $0.00 | $0.00 | |
| 12/05 | 01/15/2006 | | | | | | $117.53 | $196.44 | $985.56 | |
| 11/06 | 02/15/2006 | $657.60 | $0.00 | 11/21/2007 | $657.60 | $65.76 644 | $89.34 | $155.10 | $812.70 | Raul Hernandez |
| 03/06 | 03/15/2006 | $1,101.48 | $0.00 | 11/21/2007 | $1,101.48 | $110.15 616 | $143.14 | $253.29 | $1,354.77 | Raul Hernandez |
| 04/06 | 04/15/2006 | $164.40 | $0.00 | 11/21/2007 | $164.40 | $16.44 585 | $20.29 | $36.73 | $201.13 | Raul Hernandez |
| 12/06 | 01/15/2007 | $279.84 | $0.00 | 11/21/2007 | $279.84 | $27.98 310 | $18.30 | $46.28 | $326.12 | Raul Hernandez |
| 11/06 | 12/15/2006 | $1,298.39 | $0.00 | 11/21/2007 | $1,298.39 | $129.84 341 | $93.40 | $223.24 | $1,521.63 | Larry Wilkes |
| 12/06 | 01/15/2007 | $0.00 | $1,298.39 | 11/21/2007 | ($1,298.39) | $0.00 341 | $84.91 | ($84.91) | ($1,213.48) | Pymnt made Chk #5209344 |
| 1/07 | 02/15/2007 | $1,124.72 | $0.00 | 11/21/2007 | $1,124.72 | $112.47 310 | $73.55 | $186.03 | $1,310.75 | Raul Hernandez |
| 02/07 | 03/15/2007 | $132.32 | $0.00 | 11/21/2007 | $132.32 | $13.23 279 | $7.79 | $21.02 | $153.34 | Larry Wilkes |
| 10/06 | 11/15/2006 | $874.50 | $0.00 | 11/21/2007 | $874.50 | $87.45 371 | $68.44 | $155.89 | $1,030.39 | Pymnt made Chk #5209344 |
| 11/06 | 12/15/2006 | $0.00 | $874.50 | 11/21/2007 | ($874.50) | $0.00 371 | $62.22 | ($62.22) | ($812.28) | Pascual Hernandez |
| 12/06 | 12/15/2006 | $411.01 | $411.01 | 11/21/2007 | $411.01 | $41.10 341 | $29.57 | $70.67 | $481.68 | Pascual Hernandez |
| 1/07 | 02/15/2007 | $0.00 | $411.01 | 11/21/2007 | ($411.01) | $0.00 341 | $26.88 | ($26.88) | ($384.13) | Pymnt made Chk #5209344 |
| 1/07 | 02/15/2007 | $0.00 | $1,399.20 | 02/15/2007 | ($1,399.20) | $0.00 0 | $0.00 | $0.00 | ($1,399.20) | Over Reported hrs for P Hernandez |
| 2/07 | 03/15/2007 | $699.60 | $0.00 | 11/21/2007 | $699.60 | $69.96 251 | $37.04 | $107.00 | $806.60 | Pascual Hernandez |
| 4/07 | 05/15/2007 | $1,241.79 | $0.00 | 11/21/2007 | $1,241.79 | $124.18 190 | $49.77 | $173.95 | $1,415.74 | Pascual Hernandez |
| 5/07 | 06/15/2007 | $1,399.20 | $0.00 | 11/21/2007 | $1,399.20 | $139.92 159 | $46.93 | $186.85 | $1,586.05 | Pascual Hernandez |
| 8/06 | 09/15/2006 | $4,966.54 | $3,398.22 | 11/21/2007 | $1,568.32 | $496.65 432 | $171.08 | $667.74 | $2,236.06 | Interest based on acct bal. $1568.32 |
| 8/06 | 09/15/2006 | $0.00 | $1,568.32 | 11/21/2007 | ($1,568.32) | $0.00 432 | $129.93 | ($129.93) | ($1,438.39) | Pymnt made Chk #5209344 |
| 12/06 | 01/15/2007 | $4,675.19 | $0.00 | 11/21/2007 | $4,675.19 | $467.52 310 | $305.74 | $773.26 | $5,448.45 | Pymnt made Chk #5209344 |
| 2/07 | 03/15/2007 | $0.00 | $847.74 | 11/21/2007 | ($847.74) | $0.00 310 | $50.40 | ($50.40) | ($797.34) | Pymnt made Chk #5209344 |
| 12/06 | 01/15/2007 | $1,958.88 | $1,958.88 | 11/21/2007 | $0.00 | $195.89 36 | $14.88 | $210.76 | $210.76 | |
| 3/07 | 04/15/2007 | $6,401.34 | $4,652.34 | 04/20/2007 | $1,749.00 | $640.13 5 | $6.75 | $646.89 | $2,395.89 | Interest based on acct bal. $1749.00 |
| 3/07 | 04/15/2007 | | $1,749.00 | 05/15/2007 | ($1,749.00) | $0.00 30 | $10.06 | $10.06 | ($1,738.94) | Payment |
| 6/07 | 07/15/2007 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ER Submitted No Employees Worked |
| 7/07 | 08/15/2007 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Report Submitted |
| 8/07 | 09/15/2007 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Report Submitted |
| 9/07 | 10/15/2007 | $3,038.40 | $3,038.40 | 10/22/2007 | $0.00 | $303.84 7 | $4.49 | $308.33 | $308.33 | |
| Total | | $31,214.32 | $21,196.00 | | $10,018.32 | $3,121.43 | $1,662.45 | $4,783.88 | $14,802.20 | |

12/04/2007



EXHIBIT A