Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
Bay Area Painters and Tapers
Trust Fund, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL NICOLE THOMAS, individually and dba CALIFORNIA PROFESSIONAL PAINTING,<br><br>Defendants, | Case No.: C07-3344 PJH<br><br>**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION AND DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF** |

TO THE CLERK OF THE COURT:

I, Michele R. Stafford, declare under penalty of perjury that:

1. I am the attorney for the plaintiffs in the above-entitled action.

2. On January 25, 2008, within ten years past, an Amended Judgment Pursuant to Stipulation (hereinafter "Amended Judgment") $18,727.20. A true and accurate copy of that Amended Judgment is attached hereto as *Exhibit A*.

3. On January 24, 2008, defendants made a payment of $1,500.00, of which $1,392.86 was principal. That payment represented partial payment of defendant's January 2008 Stipulated

-1-
REQUEST FOR ISSUANCE OF WRIT OF EXECUTION
Case No.: C07-3344 PJH

Payment of $1,763.00 under paragraph 3 of the Amended Judgment.

4. On January 24, 2008, at the time of hand delivering the above-referenced partial payment of $1,500.00, Roger Breedy, as representative of California Professional Painting, stated orally and in writing that the balance would be paid "in one week." Please note that Mr. Breedy's statement is mistakenly dated "January 25, 2008." A true and accurate copy of Mr. Breedy's written statement is attached hereto as *Exhibit B*.

5. Defendants failed to cure their default and, on February 7, 2008, plaintiffs gave defendants written notice of default. A true an accurate copy of plaintiffs' notice is attached hereto as *Exhibit C*. Defendants did not respond and remain in default of the Amended Judgment.

6. Pursuant to paragraph 6(b) of the Amended Judgment, plaintiffs hereby request that the Court issue a Writ of Execution in favor of plaintiffs and against defendants.

7. On January 24, 2008, the principal balance remaining due on the Amended Judgment was $14,568.34. Twenty-one (21) days have elapsed from January 24, 2008 to February 15, 2008. Interest at the rate of 7% per annum, in the amount of $58.67, has accrued on the Judgment as of February 15, 2008.

8. Attorneys fees through December 21, 2007 are included in the Amended Judgment. Additional attorneys fees in the amount of $3,188.00 were incurred from December 22, 2007 through February 15, 2008 in the preparation of the Amended Judgment Pursuant to Stipulation, plaintiffs attempts to enforce compliance with the Amended Judgment, and in the preparation of this Request for Writ and Writ of Execution, which is enclosed for issuance.

9. The total amount now due and owing by defendant to plaintiffs is as follows:

| | |
|---|---:|
| Principal Balance on Judgment | $14,568.34 |
| 7% p/a interest (1/25/08-2/15/08) | $58.67 |
| Attorneys fees (11/22/07-2/15/08) | $3,188.00 |
| **TOTAL** | **$17,815.01** |

1  WHEREFORE, it is prayed that a Writ of Execution be promptly issued for $17,815.01
2  plus 7% per annum interest on the principal balance of $14,568.34 ($2.79 per diem beginning
3  February 16, 2008) until satisfied, and that the Court retain jurisdiction over this matter.

4     10.    To the best of my knowledge and belief, the defendant is not an infant or an
5  incompetent person, nor is defendant in the military service of the United States.

6     I declare under penalty of perjury that the foregoing is true of my own knowledge and if
7  called upon I could competently testify thereto.

Dated: February 20, 2008         SALTZMAN & JOHNSON
                                 LAW CORPORATION

                                 _____
                                 Michele R. Stafford
                                 Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

Let a Writ of Execution be issued in favor of plaintiffs and against defendants for $17,815.01 plus 7% per annum interest on the principal balance of $14,568.34 ($2.79 per diem beginning February 16, 2008) until satisfied. The Court shall retain jurisdiction over this matter.

Dated: _____         _____
                                       UNITED STATES DISTRICT COURT JUDGE