Jan 25, 2008

Michelle, I only could pay $1500.00 on my "tip". I will pay the rest of the balance in one week.

Roger Bias
California Professional Painting