**SALTZMAN & JOHNSON**
LAW CORPORATION

RICHARD C. JOHNSON
ISAIAH B. ROTER
PHILIP M. MILLER
RUSSELL L. RICHEDA
MURIEL B. KAPLAN
MICHELE R. STAFFORD
KRISTEN McCULLOCH

120 HOWARD STREET, SUITE 520
SAN FRANCISCO, CA 94105
PHONE: (415) 882-7900
FAX: (415) 882-9287
E-MAIL: email@sjlawcorp.com

WARREN H. SALTZMAN
(1925-1988)

JULIE JELLEN, PARALEGAL
ANDREA GONZALEZ, PARALEGAL
VANESSA DE FÁBREGA, PARALEGAL

February 7, 2008

**VIA FAX (508-1224)**
**& FIRST CLASS MAIL**
Crystal Thomas
California Professional Painting
9 Lois Lane
San Francisco, California 94134

Re:    **Bay Area Painters And Tapers Trust Funds**

Dear Ms. Thomas:

Please take notice that you are in violation of paragraph 3 of your Amended Stipulation which requires that your stipulated payment in the amount of $1,763.00 be received on or before the 30th of each month. Only $1,500.00 of the $1,763.00 due has been paid for January, despite Mr. Breedy's statement on January 24, 2008, that the balance would be forthcoming.

This also serves as notice that California Professional Painting is in default of the Amended Judgment Pursuant to Stipulation, paragraph 4, which requires that you submit monthly contributions reports to this office and remain current in payment of contributions. Your **December 2007** report and contributions have not been received.

Demand is hereby made to California Professional Painting, and to Crystal Nicole Thomas, as personal guarantor, for payment in full of December 2007 contributions, as well as the balance of $263.00 of your second stipulated payment, to be received in this office within 7 days of the date of this letter. If payment is not received, we will be forced to proceed with further legal action as provided under stipulated paragraph 6. Please fax your December 2007 report to this office immediately.

Sincerely,

Muriel B. Kaplan

MBK:vdef
cc: Trustees

P:\CLIENTS\PATCL\CALPRO2\8\Delinquency re Stip and Contr 020708.doc

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME  : 02/07/2008 15:48
                                              NAME  : SALTZMAN & JOHNSON
                                              FAX   : 14158829287
                                              TEL   : 14158827900
                                              SER.# : BROE4J596826


  DATE,TIME                    02/07 15:47
  FAX NO./NAME                 5081224
  DURATION                     00:00:19
  PAGE(S)                      01
  RESULT                       OK
  MODE                         STANDARD
                               ECM
```

## SALTZMAN & JOHNSON
### LAW CORPORATION

RICHARD C. JOHNSON
ISAIAH B. ROTER
PHILIP M. MILLER
RUSSELL L. RICHEDA
MURIEL B. KAPLAN
MICHELE R. STAFFORD
KRISTEN McCULLOCH

120 HOWARD STREET, SUITE 520
SAN FRANCISCO, CA 94105
PHONE: (415) 882-7900
FAX: (415) 882-9287
E-MAIL: email@sjlawcorp.com

WARREN H. SALTZMAN
(1925-1988)

JULIE JELLEN, PARALEGAL
ANDREA GONZALEZ, PARALEGAL
VANESSA DE FÁBREGA, PARALEGAL

February 7, 2008

**VIA FAX (508-1224)**
**& FIRST CLASS MAIL**
Crystal Thomas
California Professional Painting
9 Lois Lane
San Francisco, California 94134

Re:    **Bay Area Painters And Tapers Trust Funds**

Dear Ms. Thomas:

   Please take notice that you are in violation of paragraph 3 of your Amended Stipulation which requires that your stipulated payment in the amount of $1,763.00 be received on or before the 30th of each month. Only $1,500.00 of the $1,763.00 due has been paid for January, despite Mr. Breedy's statement on January 24, 2008, that the balance would be forthcoming.

   This also serves as notice that California Professional Painting is in default of the Amended Judgment Pursuant to Stipulation, paragraph 4, which requires that you submit monthly contributions reports to this office and remain current in payment of contributions. Your **December 2007** report and contributions have not been received.

   Demand is hereby made to California Professional Painting, and to Crystal Nicole