Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C07-3344 PJH |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| CRYSTAL NICOLE THOMAS, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation, will relocate its office. This notice is sent to you to advise you that the new address to which all payments, correspondence, as well as copies of all pleadings, notices and other papers, should be sent, **effective May 5, 2008**, is:

> Saltzman & Johnson Law Corporation
> **44 Montgomery Street, Suite 2110**
> **San Francisco, California 94104**
> Tel: 415-882-7900 / Fax: 415-882-9287

1  Please note that the telephone and facsimile numbers have not changed.

2  Please be sure to <u>fax your report and copy of check</u>, as applicable, during this transition

3  period.

5  Dated: April 17, 2008                          SALTZMAN & JOHNSON LAW COPORATION

                                                 _____/s/_____
                                                 Muriel B. Kaplan
                                                 Attorneys for Plaintiff

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 22, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by facsimile transmittal and placing a true and exact copy of each document in and sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Crystal Thomas**
> **9 Lois Lane**
> **San Francisco, CA 94134**
> **Facsimile No. (415) 508-1224**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of April, 2008, at San Francisco, California.

_____/s/_____
Diana M. Sage

-1-
NOTICE OF CHANGE OF ADDRESS
Case No. C07-3344 PJH

P://Clients/PATCL/CALPRO2/Pleadings/ C07-3344 PJH/Notice of Change of Address 4-16-08